United States District Court
Northern District of California

1
2
3
4                          UNITED STATES DISTRICT COURT
5                          NORTHERN DISTRICT OF CALIFORNIA
6

7    KAMALI WHITNEY,                          Case No.  25-cv-07890-PCP

8                   Plaintiff,

9           v.                                **REFERRAL FOR PURPOSE OF
                                              DETERMINING RELATIONSHIP**
10   APPLE, INC.,

11                  Defendant.

12          Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the

13   Honorable Jeffrey S. White for consideration of whether the case is related to *Lopez v. Apple, Inc.*,

14   Case No. 19-cv-04577-JSW.

15          **IT IS SO ORDERED.**

16   Dated: October 3, 2025

17   _____

18                                            P. CASEY PITTS
                                              United States District Judge
19
20
21
22
23
24
25
26
27
28